# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BUCKLEY, RAYMOND JOSEPH | § | Case No. 10-39010 |
| BUCKLEY, KRISTEN ALISA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/31/2010 . The case was converted to one under Chapter 7 on 01/30/2012 . The undersigned trustee was appointed on 09/01/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     5,801.00

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

    Leaving a balance on hand of[1]     $     5,801.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/13/2012 and the deadline for filing governmental claims was 06/13/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,330.10 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,330.10 , for a total compensation of $ 1,330.10 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/21/2012          By:/s/MICHAEL G. BERLAND
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-39010 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BUCKLEY, RAYMOND JOSEPH | Date Filed (f) or Converted (c): | 01/30/12 (c) |
|  | BUCKLEY, KRISTEN ALISA | 341(a) Meeting Date: | 03/01/12 |
| For Period Ending: | 09/21/12 | Claims Bar Date: | 06/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Tas refund-unscheduled (u) | 0.00 | 5,801.00 | DA | 5,801.00 | FA |
| TOTALS (Excluding Unknown Values) | $0.00 | $5,801.00 |  | $5,801.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee had several claims disallowed.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-39010 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | BUCKLEY, RAYMOND JOSEPH | Bank Name: | Congressional Bank |
| | BUCKLEY, KRISTEN ALISA | Account Number / CD #: | *******6484 Money Market Account |
| Taxpayer ID No: | *******2562 | | |
| For Period Ending: | 09/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/12 | | Raymond & Kristen Buckley | | 1224-000 | 5,801.00 | | 5,801.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 5,801.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 5,801.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 5,801.00 | 0.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********6484 | 5,801.00 | 0.00 | 5,801.00 |
| | 5,801.00 | 0.00 | 5,801.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        5,801.00        0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: September 21, 2012 |
|---|---|---|---|---|---|

Case Number: 10-39010
Debtor Name: BUCKLEY, RAYMOND JOSEPH

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery<br>Assocs.<br>c/o Capital One Bank, N.A.<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $0.00 | $1,726.50 | $1,726.50 |
| 000002<br>070<br>7100-00 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $0.00 | $1,701.43 | $1,701.43 |
| 000004<br>070<br>7100-00 | Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale, IA 50323 | Unsecured | | $0.00 | $5,065.24 | $5,065.24 |
| 000005<br>070<br>7100-00 | Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale, IA 50323 | Unsecured | | $0.00 | $7,535.57 | $7,535.57 |
| 000006B<br>070<br>7100-00 | Wells Fargo Financial Illinois_Inc<br>Bankruptcy Department<br>13675 Technology Dr. Bldg C, 2nd Floor<br>Eden Prairie, MN 55344-2252 | Unsecured | | $0.00 | $175.05 | $175.05 |
| 000008<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,244.31 | $1,244.31 |
| 000009<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,986.19 | $1,986.19 |
| 000010<br>070<br>7100-00 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery<br>Assocs.<br>c/o Household Finance<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $0.00 | $11,870.74 | $11,870.74 |
| 000011<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $203.69 | $203.69 |
| 000012<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $527.83 | $527.83 |
| 000013<br>070<br>7100-00 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $228.15 | $228.15 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: September 21, 2012 | |
|---|---|---|---|---|---|---|

Case Number: 10-39010
Debtor Name: BUCKLEY, RAYMOND JOSEPH

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000014<br>070<br>7100-00 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $185.86 | $185.86 |
| 000015<br>070<br>7100-00 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | Unsecured | | $0.00 | $389.11 | $389.11 |
| 000016<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $119.84 | $119.84 |
| 000003<br>050<br>4110-00 | HSBC Mortgage Services, Inc.<br>PO Box 2118<br>Eagan, MN 55121 | Secured | | $0.00 | $329,876.84 | $329,876.84 |
| 000006A<br>050<br>4110-00 | Wells Fargo Financial Illinois_Inc<br>Bankruptcy Department<br>13675 Technology Dr. Bldg C, 2nd Floor<br>Eden Prairie, MN 55344-2252 | Secured | | $0.00 | $7,975.00 | $7,975.00 |
| 000007<br>050<br>4110-00 | Chrysler Financial Services Americas LLC<br>c/o Riezman Berger PC<br>7700 Bonhomme Ave 7th Floor<br>St Louis MO 63105 | Secured | | $0.00 | $21,780.55 | $21,780.55 |
| | Case Totals: | | | $0.00 | $392,591.90 | $392,591.90 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-39010
Case Name: BUCKLEY, RAYMOND JOSEPH
BUCKLEY, KRISTEN ALISA
Trustee Name: MICHAEL G. BERLAND

Balance on hand $ 5,801.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,330.10 | $ 0.00 | $ 1,330.10 |

Total to be paid for chapter 7 administrative expenses  $  1,330.10
Remaining Balance  $  4,470.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,959.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Capital One Bank, N.A. POB 41067 Norfolk VA 23541 | $ 1,726.50 | $ 0.00 | $ 234.20 |
| 000002 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | $ 1,701.43 | $ 0.00 | $ 230.80 |
| 000004 | Wells Fargo Bank, N.A. 4137 121st Street Urbandale, IA 50323 | $ 5,065.24 | $ 0.00 | $ 687.09 |
| 000005 | Wells Fargo Bank, N.A. 4137 121st Street Urbandale, IA 50323 | $ 7,535.57 | $ 0.00 | $ 1,022.19 |
| 000006B | Wells Fargo Financial Illinois_Inc Bankruptcy Department 13675 Technology Dr. Bldg C, 2nd Floor Eden Prairie, MN 55344-2252 | $ 175.05 | $ 0.00 | $ 23.74 |
| 000008 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | $ 1,244.31 | $ 0.00 | $ 168.79 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Capital One Bank (USA), N.A.<br>by American Infosource Lp<br>As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 1,986.19 | $ 0.00 | $ 269.42 |
| 000010 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Household Finance<br>POB 41067<br>Norfolk VA 23541 | $ 11,870.74 | $ 0.00 | $ 1,610.25 |
| 000011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 203.69 | $ 0.00 | $ 27.63 |
| 000012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 527.83 | $ 0.00 | $ 71.60 |
| 000013 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 228.15 | $ 0.00 | $ 30.95 |
| 000014 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 185.86 | $ 0.00 | $ 25.21 |
| 000015 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | $ 389.11 | $ 0.00 | $ 52.78 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 119.84 | $ 0.00 | $ 16.25 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,470.90 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE