# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BUCKLEY, RAYMOND JOSEPH | § | Case No. 10-39010 |
| BUCKLEY, KRISTEN ALISA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF THE COURT
      219 S. Dearborn
      Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 12/07/2012 in Courtroom ,
     Joliet City Hall
     150 West Jefferson, 2nd floor
     Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/25/2012     By: /s/ Michael G. Berland
                           Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BUCKLEY, RAYMOND JOSEPH § Case No. 10-39010
BUCKLEY, KRISTEN ALISA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,801.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,801.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,330.10 | $ 0.00 | $ 1,330.10 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,330.10 |
| Remaining Balance | | $ | 4,470.90 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,959.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Capital One Bank, N.A. POB 41067 Norfolk VA 23541 | $ 1,726.50 | $ 0.00 | $ 234.20 |
| 000002 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | $ 1,701.43 | $ 0.00 | $ 230.80 |
| 000004 | Wells Fargo Bank, N.A. 4137 121st Street Urbandale, IA 50323 | $ 5,065.24 | $ 0.00 | $ 687.09 |
| 000005 | Wells Fargo Bank, N.A. 4137 121st Street Urbandale, IA 50323 | $ 7,535.57 | $ 0.00 | $ 1,022.19 |
| 000006B | Wells Fargo Financial Illinois_Inc Bankruptcy Department 13675 Technology Dr. Bldg C, 2nd Floor Eden Prairie, MN 55344-2252 | $ 175.05 | $ 0.00 | $ 23.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | $ 1,244.31 | $ 0.00 | $ 168.79 |
| 000009 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | $ 1,986.19 | $ 0.00 | $ 269.42 |
| 000010 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Household Finance POB 41067 Norfolk VA 23541 | $ 11,870.74 | $ 0.00 | $ 1,610.25 |
| 000011 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 203.69 | $ 0.00 | $ 27.63 |
| 000012 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 527.83 | $ 0.00 | $ 71.60 |
| 000013 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $ 228.15 | $ 0.00 | $ 30.95 |
| 000014 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $ 185.86 | $ 0.00 | $ 25.21 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | $ 389.11 | $ 0.00 | $ 52.78 |
| 000016 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 119.84 | $ 0.00 | $ 16.25 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,470.90 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775

*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Raymond Joseph Buckley  
Kristen Alisa Buckley  
      Debtors

Case No. 10-39010-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: corrinal     Page 1 of 3     Date Rcvd: Oct 26, 2012  
                         Form ID: pdf006     Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2012.

```
db/jdb       +Raymond Joseph Buckley,    Kristen Alisa Buckley,    8347 Brickstone Dr,    Frankfort, IL 60423-8686
16070079     +Blatt, Hasenmiller, Leibsker,    & Moore,    125 S. Wacker Dr. Suite 400,    Chicago, IL 60606-4440
16070078    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
16070091     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
16070068     +Capital ONE BANK N.A.,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4962
16225930      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
               Charlotte, NC 28272-1083
16255612      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16070076     +Chase/BEST BUY,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
16070066     +Chrysler Financial Services Americas LLC,    c/o Riezman Berger PC,    7700 Bonhomme Ave 7th Floor,
               St Louis MO 63105-1960
16070088     +Echelon Recovery Inc.,    9339446,    PO Box 1880,    Voorhees, NJ 08043-7880
16070072     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
16070073     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
16070069    #+HFC,    Attn: Bankruptcy Dept.,    Po Box 3425,    Buffalo, NY 14240-3425
16070077     +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
16116002     +HSBC Mortgage Services, Inc.,    636 Grand Regency Blvd,    Brandon, Florida 33510-3942
16112006      HSBC Mortgage Services, Inc.,    PO Box 2118,    Eagan, MN 55121
16070082     +Heller & Frisone,    Bankruptcy Department,    33 N. LaSalle St., Ste. 1200,
               Chicago, IL 60602-3415
16102965     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
               c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541-1067
16233428     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
               c/o Household Finance,    POB 41067,    Norfolk VA 23541-1067
16070094     +Portfolio Recovery & Affil.,    Bankruptcy Department,    120 Corporate Blvd., Ste. 1,
               Norfolk, VA 23502-4962
16070075     +TNB - Target,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
16070074     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
16070081     +WFF Cards,    Attn: Bankruptcy Dept.,    3201 N 4Th Ave,    Sioux Falls, SD 57104-0700
16070067     +Wells Fargo,    Attn: Bankruptcy Dept.,    Po Box 29704,    Phoenix, AZ 85038-9704
16124128     +Wells Fargo Bank, N.A.,    4137 121st Street,    Urbandale, IA 50323-2310
16136587      Wells Fargo Financial Illinois_Inc,    Bankruptcy Department,
               13675 Technology Dr. Bldg C, 2nd Floor,    Eden Prairie, MN 55344-2252
16070083     +Will County Circuit Court,    Doc #10AR1581,    14 W. Jefferson St,    Joliet, IL 60432-4300
16070080     +Will County Circuit Court,    Doc #10SC7697,    14 W. Jefferson St,    Joliet, IL 60432-4300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16491118      E-mail/Text: resurgentbknotifications@resurgent.com Oct 27 2012 00:40:41     CR Evergreen, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
16070070     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 27 2012 00:24:46     Capital ONE BANK,
               C/O Midland Credit MGMT,    8875 Aero Dr,    San Diego, CA 92123-2251
18105064     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 27 2012 00:40:41
               East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
               Greenville, SC 29602-0288
16641894      E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2012 00:27:08     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16070089     +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2012 00:27:02     GEMB/OLD NAVY,
               Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
16104892     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 27 2012 00:24:46     Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
16070071     +E-mail/Text: info@nelsonwatson.com Oct 27 2012 00:59:14     Nelson, Watson & Associates,
               Bankruptcy Department,    80 Merrimack St., Lower Level,    Haverhill, MA 01830-5202
16258852     +E-mail/Text: bncmail@w-legal.com Oct 27 2012 00:26:16     TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16070093*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
16070092*    +Chase/BEST BUY,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
16070087*    +HFC,    Attn: Bankruptcy Dept.,    Po Box 3425,    Buffalo, NY 14240-3425
16070085*    +Heller & Frisone,    Bankruptcy Department,    33 N. LaSalle St., Ste. 1200,
               Chicago, IL 60602-3415
16070090*    +TNB - Target,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
16070084*    +WFF Cards,    Attn: Bankruptcy Dept.,    3201 N 4Th Ave,    Sioux Falls, SD 57104-0700
16070086*    +Will County Circuit Court,    Doc #10AR1581,    14 W. Jefferson St,    Joliet, IL 60432-4300
                                                                                TOTALS: 0, * 7, ## 0
```

```
District/off: 0752-1           User: corrinal              Page 2 of 3                   Date Rcvd: Oct 26, 2012
                               Form ID: pdf006             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2012**                          **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: corrinal              Page 3 of 3                  Date Rcvd: Oct 26, 2012
                              Form ID: pdf006             Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2012 at the address(es) listed below:
         John J Lynch    on behalf of Debtor Raymond Buckley jjlynch@jjlynchlaw.com,
          rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com
         Kathryn A Klein    on behalf of Creditor   Chrysler Financial Services Americas, L.L.C. f/k/a
          DaimlerChrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
         Michael G Berland    einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Terri M Long    on behalf of Creditor   Wells Fargo Financial Illinois, Inc., Successor By Merger
          To Wells Fargo Financial Acceptance Illinois, Inc., its successors and/or assigns
          Courts@tmlong.com
                                                                                                                                      TOTAL: 5